IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LORETTA HARVEY                                                               PLAINTIFF

v.                           CASE NO. 4:18-CV-00137 BSM

RELIABLE LIFE INSURANCE COMPANY                              DEFENDANTS

## JUDGMENT

Pursuant to the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of November 2018.

_____
UNITED STATES DISTRICT JUDGE